UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    vs.<br><br>MANKE LUMBER COMPANY, INC.<br><br>    Defendant | Case No.: 3:17-cv-05257-RJB<br><br>ORDER GRANTING STIPULATED MOTION TO FILE OVER-LENGTH FOR ENTRY AND MEMORANDUM IN SUPPORT OF THE UNITED STATES' UNOPPOSED MOTION TO ENTER PRPOSED CONSENT DECREE |

The Court, having considered the parties' Stipulated Motion to File Over-Length Motion for Entry of Proposed Consent Decree, and for good cause shown, hereby GRANTS this Stipulated Motion to File Over-Length Motion for Entry of Proposed Consent Decree and Memorandum in that is six pages longer than the twelve page limit, for a total of **eighteen** pages.

IT IS SO ORDERED.

Dated this 19th day of December, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING STIPULATED MOTION    UNITED STATES DEPARTMENT OF JUSTICE
 17CV5257                             Environment and Natural Resources Division
                                      P.O. Box 7611, Washington, D.C. 20044-7611

1

Presented by,

s/ Joanna C. Day
JOANNA CITRON DAY
RACHEL A. HANKEY
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3394
Email: joanna.day@usdoj.gov

ORDER GRANTING STIPULATED MOTION	UNITED STATES DEPARTMENT OF JUSTICE
17CV5257	Environment and Natural Resources Division
	P.O. Box 7611, Washington, D.C. 20044-7611

2