UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> MANKE LUMBER COMPANY, INC. <br><br> Defendant | Case No.: 3:17-cv-05257-RJB <br><br> ORDER TO ENTER PROPOSED CONSENT DECREE |

The Court, having considered the United States' Unopposed Motion for Entry of Proposed Consent Decree and Memorandum in Support, and for good cause shown, hereby GRANTS this Motion to for Entry of Proposed Consent Decree as a final order of the Court through signature of the Consent Decree (at page 59) pursuant to Fed. R. Civ. P. 54 and 58, and signature of this proposed Order.

IT IS SO ORDERED.

Dated this 22nd day of January, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER TO ENTER PROPOSED CONSENT DECREE

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, D.C. 20044-7611

1

Presented by,

s/ Joanna C. Day
JOANNA CITRON DAY
RACHEL A. HANKEY
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 514-3394
Email: joanna.day@usdoj.gov

| ORDER TO ENTER PROPOSED CONSENT DECREE | UNITED STATES DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>P.O. Box 7611, Washington, D.C. 20044-7611 |
|---|---|